# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARIANO JAVIER BAZALDUA-HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>LEON RODRIGUEZ, as Director, U.S. Citizenship and Immigration Services, RON ROSENBERG, as Chief, Administrative Appeals Office,<br><br>Defendants. | Case No. EDCV 15-1383 JGB<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, Defendants' Motion for Summary Judgment is GRANTED.  Plaintiff's Complaint is DISMISSED.

Judgment is entered in favor of Defendants, Leon Rodriguez, as Director, U.S. Citizenship and Immigration Services, and Ron Rosenburg, as Chief, Administrative Appeals Office.

Dated: October 26, 2016

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge

JS-6